**Motion Granted and Order filed September 11, 2018**



**In The**

# Fourteenth Court of Appeals

**NO. 14-18-00795-CV**

**IN RE CATHALEEN MONTELONGO**

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-48430**

## ORDER

On Monday, September 10, 2018, relator Cathaleen Montelongo filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2017); *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Judy Warne, presiding judge of the 257th District Court of Harris County, to reinstate the underlying case on the jury trial docket. Relator also requests that we stay the trial scheduled to begin on September 17, 2018.

It appears from the facts stated in the petition that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate

temporary relief is granted. We therefore **GRANT** relator's request for a stay and issue the following order:

We **ORDER** the trial in Cause No. 2013-48430 **STAYED** until a final decision by this court on relator's petition for writ of mandamus, or until further order of this court.

In addition, the court requests Jorge Valdez, the real party in interest, to file a response to the petition for writ of mandamus on or before **September 21, 2018**. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Justices Christopher, Jamison, and Brown.